**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARIA VICTORIA COSTELLO,

                Plaintiff,                19 **CIVIL** 8664 (NSR) (LMS)

       -v-                                 **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 26, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 26, 2020

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                                       **BY:**
                                                      _____
                                                       **Deputy Clerk**